**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ruth BAUTISTA, Defendant–Appellant.**

**No. 04–40864.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Jose I. Gonzalez–Falla, Laura Fletcher Leavitt, Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Ruth Bautista pleaded guilty to one charge of possession of more than 500 grams of cocaine with intent to distribute and was sentenced to serve 60 months in prison and a four-year term of supervised release. Bautista argues for the first time on appeal that the statute of conviction, 21 U.S.C. § 841(a), (b), is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument is, as she concedes, foreclosed. *See United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.